# Order

Michigan Supreme Court
Lansing, Michigan

February 2, 2021

160888

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LOUIS JACKSON, MICHAEL C. BIRAC, LEE
CRAFT, GAYLYNN CRAFT, RONALD
HAYES, EVERTT HODGE, STEFANIE BOYD,
LISA SMITH, and MALIK LOWRY,
      Plaintiffs-Appellants,

and

SMFJ and DONALD SWINNEY,
      Plaintiffs,

v

SOUTHFIELD NEIGHBORHOOD
REVITALIZATION INITIATIVE, FRED ZORN,
ETOILE LIBBETT, MICHAEL A.
MANDELBAUM, CITY OF SOUTHFIELD, KEN
SIVER, OAKLAND COUNTY TREASURER,
SOUTHFIELD NON-PROFIT HOUSING
CORPORATION, SUSAN WARD WITKOWSKI,
a/k/a SUSAN WARD or SUSAN WITKOWSKI,
GERALD WITKOWSKI, and ANDREW
MEISNER,
      Defendants-Appellees.

SC: 160888
COA: 344058
Oakland CC: 2018-162877-NZ

_____/

On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Oakland Circuit Court for reconsideration of the defendants' motions for summary disposition in light of *Rafaeli v Oakland Co*, ___ Mich ___ (Docket No. 156849, decided on July 17, 2020). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should now be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



b0125

                Clerk